IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DORIAN ABAD ABROSI,

    Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

    Respondents.

CIVIL ACTION NO.: 5:25-cv-13

**O R D E R**

    Petitioner filed a Motion for Oral Argument and asks the Court to conduct a hearing on his 28 U.S.C. § 2241 Petition and/or his motion for injunctive relief.  Doc. 10.  Counsel states the Petition presents an issue of first impression in this Court and represents that Respondents' counsel does not feel a hearing is necessary but will defer to the Court.  Id. at 1.  The Court **GRANTS** Petitioner's Motion.  The Court will conduct an evidentiary hearing on Friday, March 21, 2025, at 10:30 a.m. at the Waycross, Georgia Federal Courthouse.  The parties should be prepared to offer evidence and argument on both the § 2241 Petition and the request for injunctive relief.

    **SO ORDERED**, this 6th day of March, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA