IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DORIAN ABAD AMBROSI,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>    Respondent. | CIVIL ACTION NO.: 5:25-cv-13 |

**O R D E R**

Petitioner Dorian Ambrosi ("Ambrosi"), through counsel, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, contending his continued detention after removal violates his statutory and constitutional rights. Doc. 1. Ambrosi recently notified the Court the Board of Immigration Appeals ("BIA") affirmed the immigration judge's withholding of removal to Ecuador and dismissed the Department of Homeland Security's ("DHS") appeal. Docs. 19, 19-1. In light of this update, the Court conducted a telephonic conference with counsel on June 24, 2025.

This Order serves to memorialize the directives I provided during this conference. The Court **ORDERS** Respondent to provide the Court with supplemental briefing, not to exceed 10 pages in length, **on or before July 8, 2025**, regarding DHS's efforts to identify any third county or countries that will accept Ambrosi based on the order of removal and the expected timeline for Ambrosi's removal to a third country. Should Respondent wish to do so, he can provide the Court with any information regarding any further steps DHS may take regarding Ambrosi's

withholding of removal proceedings, though he is not required to do so.  In addition, Ambrosi's counsel is to notify the Court of any intention to file a response to the supplemental briefing and, if so, by what date the response will be filed.

**SO ORDERED**, this 25th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA