AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DORIAN ABAD AMBROSI,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:25-CV-13

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 29, 2025 Order, the Magistrate Judge's Report and Recommendations, as supplemented, is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is granted.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

10/1/25
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020